IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | | |
|---|---|---|
| JAVED ALLAUDDIN PANJWANI, | ) | |
| | ) | |
| Petitioner, | ) | |
| vs. | ) | Case No.   4:09-cv-1651-JHH-TMP |
| | ) | |
| SCOTT HASSELL, Warden, Etowah County Detention Center; JANET NAPOLITANO, Secretary, U.S. Department of Homeland Security; and FELICIA SKINNER, Director, U.S. Immigration and Customs Enforcement Atlanta Field Office, | ) ) ) ) ) ) ) | |
| | ) | |
| Respondents. | ) | |

O R D E R

On January 28, 2010, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that this petition for *habeas corpus* relief filed pursuant to 28 U.S.C. § 2241 be dismissed as moot.  No objections have been filed.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED.  Consequently, the petition for writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2241 in the above-styled cause is due to be and the same is hereby DISMISSED as MOOT.

**DONE** this the   2nd   day of March, 2010.

_____
SENIOR UNITED STATES DISTRICT JUDGE